UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

PATRICIA LETCHER,              )
                               )
        Plaintiff              )
                               )
    v.                         ) CIVIL NO. 2:05 cv 401
                               )
TOWN OF MERRILLVILLE, OFFICER  )
RUSSELL GREEN, OFFICER DAVID   )
BARRON, OFFICER GEORGE HARBINSON)
                               )
        Defendants             )

VERDICT FORM

1. Was there an unreasonable warrantless entry of Patricia Letcher's apartment?

            Yes            (No)

    1a. If Yes to No. 1, what compensatory damages do you assess for the unreasonable warrantless entry?

    Patricia Letcher is awarded ___N/A___

Dollars ($__N/A__) in compensatory damages for the Unreasonable Entry.

    1b. If Yes to No. 1, do you believe punitive damages are appropriate?

    Patricia Letcher is awarded ___N/A___

Dollars ($__N/A__) in punitive damages from Defendant Officer Green.

    Patricia Letcher is awarded ___N/A___

Dollars ($__N/A__) in punitive damages from Defendant Officer Barron.

    Patricia Letcher is awarded ___N/A___

Dollars ($__N/A__) in punitive damages from Defendant Officer Harbinson.

2. Did Officer Green arrest Patricia Letcher without probable cause?

                Yes        (No)

    **2a.** If Yes to No. 2, what compensatory damages do you assess against Officer Green and the Town of Merrillville?

    Patricia Letcher is awarded __N/A__ Dollars ($ __N/A__ ) in compensatory damages for false arrest.

    **2b.** If Yes to No. 2, do you believe punitive damages are appropriate?

    Patricia Letcher is awarded __N/A__ Dollars ($ __N/A__ ) in punitive damages.

3. Did Officer Green falsely imprison Patricia Letcher?

                (Yes)        No

    **3a.** If Yes to No. 3, what compensatory damages do you assess against Officer Green and the Town of Merrillville?

    Patricia Letcher is awarded __FIFTY THOUSAND DOLLARS__ Dollars ($ __50,000.00__ ) in compensatory damages for false imprisonment.

    **3b.** If Yes to No. 3, do you believe punitive damages should be assessed against Officer Green for her false imprisonment?

    Patricia Letcher is awarded __ZERO__ Dollars ($ __0__ ) in punit[ive]

__MAY 28, 2009__
DATE

S/FOREMAN
FOREMAN

LETVERD